1

2

3

4

5

6

7

8

9

10

11

United States District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH RAHMAN,

          Plaintiff,

      v.

CITY OF OAKLAND,

          Defendant.

Case No. 22-cv-05038-JD

**TEMPORARY RESTRAINING ORDER**

The plaintiff, a homeless person at a Derby Avenue encampment site in Oakland, California, seeks a temporary restraining order (TRO) against agencies and officials of the City of Oakland to prevent a planned closure of the encampment and removal of the plaintiff and his possessions. *See* Dkt. No. 4.  The Court has reviewed the complaint, motion for a TRO, and supporting exhibits.

Temporary relief is warranted to preserve the status quo until the defendant appears and responds.  Consequently, a TRO is granted. *See* Fed. R. Civ. P. 65(b); *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1132 (9th Cir. 2011).  Because of the short fuse in the timing of the case, the TRO is issued without notice. *See* Fed. R. Civ. P. 65(b)(1).  Its terms appear at the end of this order.

The Clerk of the Court is requested to issue immediately a summons to the defendant, and the U.S. Marshal shall immediately serve a copy of the summons, complaint, motion for a TRO, and this order on the City of Oakland.  Separately, the Clerk of the Court will immediately, no later than today, electronically serve a copy of this order, the complaint, and the motion for a TRO, on the Oakland City Attorney at claims@oaklandcityattorney.org.

A hearing on whether to maintain the TRO pending a determination about the issuance of a preliminary injunction is set for Monday, September 12, 2022, at 1:30 pm, in person in Courtroom

1    11, 19th Floor, San Francisco.  The City of Oakland may file a responsive brief of no more than

2    15 pages by noon on Friday, September 9, 2022.  The briefing will solely address whether a TRO

3    should remain in place until a decision on a preliminary injunction can be made.  A briefing

4    schedule on a preliminary injunction will be set, if appropriate, at the hearing.

5                                    **TEMPORARY RESTRAINING ORDER**

6          This TRO applies to the City of Oakland; its officers, agents, servants, employees, and

7    attorneys; and persons who are in active concert or participation with the foregoing individuals

8    and entities.  These individuals and entities are hereby restrained from proceeding with the

9    planned removal of persons, personal possessions, and structures from the Derby Avenue

10   encampment; closing the Derby Avenue encampment; or otherwise removing homeless

11   individuals from the Derby Avenue encampment.

12         This TRO does not prohibit particularized removals or other actions that are unrelated to

13   the planned closure of the Derby Avenue encampment (such as lawfully removing possessions in

14   the course of suppressing a fire, or effectuating a lawful arrest for reasons unrelated to the planned

15   closure).

16         Plaintiff's motion for permission for electronic case filing, Dkt. No. 5, is granted, and

17   plaintiff's email address, josepharahman7@gmail.com, will be added to the ECF docket.

18         **IT IS SO ORDERED.**

19   Dated:  September 6, 2022

20

21                                                                      _____

22                                                                      JAMES DONATO
                                                                        United States District Judge

23

24

25

26

27

28

United States District Court
Northern District of California

2